## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Christine Van Berschot

                Plaintiff,

v.                                                          Case No.: 1:21−cv−05459

                                                                   Honorable Ronald A. Guzman

Life Insurance Company Of North America

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 25, 2022:

      MINUTE entry before the Honorable Ronald A. Guzman: Defendant's unopposed motion for an extension of time to file cross−motions for summary judgment [48] is granted. The new briefing schedule is as follows: Defendant's motion for summary judgment is due September 16, 2022; Plaintiff's consolidated response and cross−motion for summary judgment is due October 11, 2022; Defendant's consolidated reply in support of summary judgment and response to Plaintiff's cross−motion is due October 25, 2022; and Plaintiff's reply in support of her cross−motion is due November 8, 2022. The parties state that they have a tentative agreement to resolve the case. As previously ordered, the parties shall notify the Court when a final settlement has been reached. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.