UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
Eastern Division

Christine Van Berschot
                        Plaintiff,

v.                                         Case No.: 1:21−cv−05459
                                                               Honorable Ronald A. Guzman

Life Insurance Company Of North America
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 7, 2022:

       MINUTE entry before the Honorable Jeffrey Cummings: In light of the District Judge's Order [50] that the parties contacted the Court that the case has been resolved, all matters related to this referral having been concluded, the referral is closed and the case is returned to the assigned District Judge. Magistrate Judge Cummings no longer assigned to the case. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.